UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY OSAZEE OSARETIN,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                              Respondent. | Case No.: 25-cv-3612-JES-MSB<br><br>**ORDER FOR BOND HEARING** |

Before the Court is Petitioner Jerry Osazee Osaretin's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 6. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

> (1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

1

1    (2)    Respondents are **ORDERED** to File a Notice of Compliance within **<u>five days</u>**

2           of providing Petitioner with a bond redetermination hearing, including

3           apprising the Court of the results of the hearing.

4  Pending the status report, the Court will hold in abeyance the merits of the remainder of

5  the relief Petitioner requests in his petition.

6      **IT IS SO ORDERED.**

7  Dated: December 24, 2025

8

9           Honorable James E. Simmons Jr.
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28