UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY OSAZEE OSARETIN,<br><br>                                        Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                                        Respondent. | Case No.: 25-cv-3612-JES-MSB<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Before the Court is Petitioner Jerry Osazee Osaretin's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court previously ordered the parties to provide an update regarding the status of Petitioner's bond hearing and each parties' respective position as to how the Court should proceed with the rest of the relief Petitioner seeks in the original petition. ECF No. 9. On January 16, 2026, Respondent filed a response, stating that Petitioner has been denied bond and that the Court should dismiss the case because Petitioner has been provided a bond hearing under 8 U.S.C. § 1226(a). ECF No. 10.

The Court declines to dismiss the petition at this time because the information provided in the petition raise other issues not yet addressed by Respondent in any of its briefing. The Court notes Petitioner's pro se status and finds that his petition, liberally construed, raises plausible due process issues. *See Alvarez v. Hill*, 518 U.S. 1152, 1157

(9th Cir. 2008) (pro se complaints are liberally construed and do not need to identify the constitutional source of the claims raised). Thus, the Court **ORDERS** Respondent to file further supplemental briefing responsive to the petition, including at least the following: (1) the terms and conditions under which Petitioner was first released from immigration custody in 2022; (2) the circumstances under which he was re-detained in May 2025, including whether he was provided any notice and/or opportunity to be heard; and (3) the current status of his removal proceedings. Respondents shall file such supplemental briefing by **January 23, 2026**.

    **IT IS SO ORDERED.**

Dated: January 20, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

25-cv-3612-JES-MSB